JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.<br><br>    Defendant. | Case No. 11-CV-09664 JFW (MRWx)<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

**IT IS HEREBY ORDERED THAT**, following stipulation of counsel, the above entitled case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED: June 15, 2012

_____
Honorable John F. Walter